Complete and Mail To:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: FELIX COLON v. 333 J&M FOOD CORP., et al.,
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled FELIX COLON v. J&M FOOD CORP., et al., Docket No.: __26-cv-2578__, brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the complaint filed in this matter and/or under any Federal and/or state law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.

04/22/26

Date

_Felix Arturo Colon_

Signature